AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 27 2012

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James Mitchell Hicks | ) | Case No. 2:12m2009-001 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 8, 2012 and March 23, 2012__ in the county of __Sebastian__ in the __Western__ District of __Arkansas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Using a Telephone to Willfully Make a Threat to Damage or Destroy a Building; |
| 18 U.S.C. § 875(c) | Interstate Transmission of a Communication Containing a Threat to Injure a Person. |

This criminal complaint is based on these facts:

See Attached Affidaivit

☑ Continued on the attached sheet.

_____
Complainant's signature

Timmy K. Akins, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/27/2012

_____
Judge's signature

City and state: Fayetteville, Arkansas

Honorable Erin L. Setser, U. S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Timmy K. Akins, of the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and say:

1. I am a Special Agent with the FBI currently assigned to the Fort Smith Resident Agency of the Little Rock Division. I have been employed as a Special Agent with the FBI for over 17 years. During my employment with the FBI, I have received training concerning and have been involved in the investigation of federal offenses.

2. This Affidavit is made in support of a criminal complaint against and arrest warrant for James Mitchell Hicks for Using a Telephone to Willfully Make a Threat to Damage or Destroy a Building in violation of 18 U.S.C. § 844(e) and Interstate Transmission of a Communication Containing a Threat to Injure a Person, in violation of Title 18 U.S.C. § 875(c). Your affiant has set forth only those facts which your affiant believes are necessary to establish probable cause.

3. Based upon my personal knowledge and on information provided by other officers involved in this investigation, I have learned the following:

4. On March 8, 2012, James Mitchell Hicks, a resident of Fort Smith, Arkansas, telephonically contacted the Tennessee Wildlife Resources Agency (TWRA) Region III office in Crossville, Tennessee. Hicks spoke with Captain C.J. Jaynes. Captain Jaynes advised the telephone number that appeared on the TWRA caller identification was (479) 434-4320. Hicks is frustrated with TWRA over a boating under the influence charge to which Hicks pled guilty. During the approximately twenty-one minute telephone call, Hicks made comments

to Captain Jaynes such as: help me not come shoot everyone; I'm allowed to kill them; I'm going to do something stupid; I'm not trying to leave a mixed message; if I meet Tommy Wannyns I'm going to beat him until the life force leaves him; and, I want to kill all of them. Hicks specifically stated he wanted to kill TWRA officer Tommy Wannyns and Mark McNeese. Hicks, who is receiving disability from an injury sustained while enlisted with the U.S. Army, told Captain Jaynes he had two handguns, several shotguns, a machete, and a crossbow with extra arrows. At one point, Hicks stated he was going to blow up the TWRA offices. Hicks stated Uncle Sam taught him how to make explosives. This telephone call was recorded by Captain Jaynes.

5. On March 9, 2012, your affiant and FBI Special Agent Robert Allen traveled to Hicks' Fort Smith residence to discuss the threatening calls Hicks had made to TWRA officers. Hicks admitted he had been telephonically contacting TWRA; however, Hicks stated he did not believe he made any threats but that if he did, he did not mean to. Hicks advised he had been drinking liquor on March 8, 2012 and the liquor combined with his medication may have caused him to say things he did not mean. Hicks insinuated he was making the telephone calls to TWRA from his residence in Fort Smith, Arkansas. Hicks told your affiant that he did not possess any firearms and did not have any explosives. Hicks carefully exited his apartment in a manner that caused your affiant to believe Hicks had something in his apartment he did not want law enforcement officers to see. Hicks was admonished that he was not to make threatening telephone calls to TWRA.

6.    On March 15, 2012, Hicks left a voice message at the FBI, Fort Smith Resident Agency, stating he wanted your affiant to know he was planning to travel to Tennessee since the election date was changed.

7.    On March 23, 2012, Hicks contacted TWRA approximately five times. The first four telephone calls were basically Hicks making derogatory comments about the TWRA officers. The last telephone call on that date, Hicks spoke to a TWRA secretary and stated he was coming to Tennessee to kill them all.

8.    TWRA officers are deputized under the United States Game Warden commission and are authorized to enforce certain federal laws.

_____
FBI Special Agent Timmy K. Akins

Sworn to before me, and subscribed in my presence on this 27th day of March 2012.

_____
Honorable Erin L. Setser
United States Magistrate Judge